UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

STANLEY GOODRUM,
    Petitioner

CASE NO. 3:02CV235(AWT)

PRISONER

V.

COMMISSIONER OR CORRECTION,
    Respondent

JANUARY 28, 2004

## APPEARANCE

On behalf of the respondent, Commissioner of Correction, please enter the appearance of:

    Jo Anne Sulik
    Assistant State's Attorney
    Civil Litigation Bureau
    Office of the Chief State's Attorney
    300 Corporate Place
    Rocky Hill, Connecticut 06067
    (860) 258-5887
    (860) 258-5968 (facsimile)
    Fed. Bar. No. ct 15122

    _____
    JO ANNE SULIK
    Assistant State's Attorney

## CERTIFICATION

I hereby certify that a copy of this appearance was mailed to Stanley Goodrum, Inmate No. 127765, Robinson Correctional Institution, 285 Shaker Road, P.O. Box 1400, Enfield, Connecticut 06083-1400, on January 28, 2004.

                                            JO ANNE SULIK
                                            Assistant State's Attorney