UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

PRISONER 30 A 11: 56

STANLEY GOODRUM,    :    CASE NO. 3:02CV235(AWT)
    Petitioner

V.

COMMISSIONER OR CORRECTION,    :    JANUARY 28, 2004
    Respondent

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH THE COURT'S SCHEDULING ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time to **February 13, 2004**, to file a response to the Court's amended order to show cause. This is the respondent's first motion for an enlargement of time. At this time, the petitioner is appearing pro se in this matter and, therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1.    In a Ruling and Order filed on December 4, 2003 [Doc. # 41], the Court denied the respondent's Motion to Dismiss [Doc # 29] and ordered the respondent to file a response to the petitioner's second amended petition within thirty days. That response, therefore, was due on January 3, 2004.

2.    Counsel for the respondent in this matter was Senior Assistant State's Attorney Carolyn K. Longstreth, who retired from state service on May 30, 2003. Due to an administrative oversight, no attorney was assigned to appear in lieu of Attorney

Longstreth. Therefore, until recently, the Court's order went unnoticed. The respondent's new counsel will examine office procedures to ensure that such lapses to not occur in the future and apologizes to the Court.

3.  During the month of January 2003, I, the undersigned counsel, have been preparing the respondent's response to a show cause order in the matter of <u>Michael Mourning v. Warden Zyrenda</u>, Case No. 3:02CV2318(CFD)(WIG), U.S. District Court, District of Connecticut. Also, I represented the respondent in the state habeas trial in <u>Daniel Hayes v. Commissioner of Correction</u>, Docket No. CV00-0441977, Superior Court in the judicial district of New Haven on January 14, 2004. I prepared for a state habeas trial in the matter of <u>Martin Dickinson v. Garrell Mullaney, et al</u>, Docket No. CV01-0096308, Superior Court in the judicial district of Middlesex which was scheduled to commence on January 28, 2004, but was continued due to a forecast of extreme winter weather. I also prepared and filed two motions on the respondent's behalf in the state habeas corpus matter of <u>Lennard Toccaline v. Commissioner of Correction</u>, Docket No. CV02-0814816-S, Superior Court in the judicial district of Hartford on January 12, 2004. I represented the respondent at a hearing on those motions that was held on January 20, 2004. Finally, yesterday, I filed a motion to dismiss and supporting memorandum of law in the habeas corpus matter of <u>Levern Grant v. Commissioner Armstrong</u>, Case No. 3:03CV573(PCD)(JGM), U.S. District Court, District of Connecticut.

4.  Due to these and other considerations, the respondent hereby moves this court for a enlargement of time to **February 13, 2004**, to file its response in the above-captioned matter.

Respectfully submitted,

RESPONDENT-COMMISSIONER OF CORRECTION

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
Fed. Bar. No. ct 15122

**CERTIFICATION**

I hereby certify that a copy of this motion was mailed to Stanley Goodrum, Inmate No. 127765, Robinson Correctional Institution, 285 Shaker Road, P.O. Box 1400, Enfield, Connecticut 06083-1400, on January 28, 2004.

_____
JO ANNE SULIK
Assistant State's Attorney