UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STANLEY GOODRUM

    v.

COMMISSIONER OF CORRECTION

PRISONER
CASE NO. 3:02CV235(AWT)(DFM)

RULING AND ORDER

Respondent's motion for extension of time, until February 13, 2004, to file a response to the court's amended order to show cause [**doc. #43**] is **GRANTED**.

**SO ORDERED** at Hartford, Connecticut, this 10th of February, 2004.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE