UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 13  P 12: 17

U.S. DISTRICT COURT
BRIDGEPORT, CONN

STANLEY GOODRUM,
 Petitioner

V.

COMMISSIONER OR CORRECTION,
 Respondent

PRISONER
CASE NO. 3:02CV235(AWT)

APRIL 12, 2004

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO COMPLY WITH THE COURT'S SCHEDULING ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time to **April 27, 2004**, to file a response to the Court's amended order to show cause  This is the respondent's second motion for an enlargement of time. At this time, the petitioner is appearing pro se in this matter and, therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1. During the month of February 2004, I, the undersigned counsel, prepared and filed the respondent's response to a show cause orders in the matters of Michael Mourning v. Warden Zyrenda, Case No. 3:02CV2318(CFD)(WIG), U.S. District Court, District of Connecticut and Michael A. Young v. Warden David Strange, Case No. 3:03CV1661(CFD)(TPS), U.S. District Court, District of Connecticut.  I also prepared and filed in the Connecticut Appellate Court an opposition to the petitioner's motion for review of the state habeas court's order regarding bond in the matter of Lennard Toccaline v. Commissioner of Correction, Docket No. CV02-0814816-S, Superior Court in the judicial

district of Hartford on February 10, 2004. On February 26, 2004, I represented the respondent in at the state habeas trial in the matter of <u>James Doe v. Warden, State Prison</u>, Docket No. CV02-3759, Superior Court in the judicial district of Tolland. On or about, February 17, 2004, I prepared and filed a motion to dismiss the state habeas corpus petition in the matter of <u>Charlie McClendon v. Warden-Cheshire</u>, Docket No. CV02-0469477, Superior Court in the judicial district of New Haven.

2. During the month of March 2004, I represented the respondent in the continuation of a state habeas trial in the matter of <u>Daniel Hayes v. Commissioner of Correction</u>, Docket No. CV00-0441977, Superior Court in the judicial district of New Haven on March 18, 2004. On March 22, 2004, I represented the respondent at oral argument before the Connecticut Appellate Court in the matter of <u>Thomas Sanders v. Commissioner of Correction</u>, A.C. No. 24219. I represented the respondent at the state habeas corpus trial in <u>James Servello v. Warden, State Prison</u>, Docket No. CV00-0804405, Superior Court in the judicial district of Tolland on March 31, 2004. Additionally, I am preparing to represent the respondent on April 15, 2004 at the state habeas trial in the matters of <u>Michael Walker v. Warden, State Prison</u>, Docket No. CV96-2314-S(MXT), Superior Court in the judicial district of Tolland and on April 21, 2004 at the state habeas trial in the matter of <u>Martin Dickinson v. Garrell Mullaney</u>, Docket No. CV01-0096308-S, Superior Court in the judicial district of Middlesex.

3. Finally, I also am preparing the respondent's response to show cause orders in the matters of <u>Eddie Bud Player v. Warden</u>, Case No. 3:02CV296(JCH),

U.S. District Court, District of Connecticut and <u>Martyn Bruno v. Commissioner of Correction</u>, Case No. 3:04CV101(RNC), U.S. District Court, District of Connecticut

4. Due to these and other considerations, the respondent hereby moves this court for a enlargement of time to **April 27, 2004**, to file its response in the above-captioned matter.

Respectfully submitted,

RESPONDENT-COMMISSIONER OF CORRECTION

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
Fed. Bar. No. ct 15122

### CERTIFICATION

I hereby certify that a copy of this motion was mailed to Stanley Goodrum, Inmate No. 127765, Robinson Correctional Institution, 285 Shaker Road, P.O. Box 1400, Enfield, Connecticut 06083-1400, on April 12, 2004.

_____
JO ANNE SULIK
Assistant State's Attorney