UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT



2004 APR 26  A 10: 18

U.S. DISTRICT COURT
HARTFORD, CT.

STANLEY GOODRUM

    v.

                                    PRISONER
                         CASE NO.  3:02CV235(AWT)(DFM)

COMMISSIONER OF CORRECTION

### RULING AND ORDER

Respondent's motion for extension of time, until April 27, 2004, to file a response to the court's amended order to show cause [**doc. #45**] is **GRANTED**.

**SO ORDERED** at Hartford, Connecticut, this 26th day of April, 2004.

_____
DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE