UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY -7  P 2: 41

U.S. DISTRICT COURT
BRIDGEPORT, CONN

STANLEY GOODRUM,
   Petitioner

CASE NO. 3:02CV235(AWT)

V.

COMMISSIONER OR CORRECTION,
   Respondent

MAY 7, 2004

### MOTION FOR ENLARGEMENT OF TIME
### NUNC PRO TUNC
### WITHIN WHICH TO COMPLY WITH
### THE COURT'S SHOW CAUSE ORDER

Pursuant to Rule 9(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time, nunc pro tunc, to **May 7, 2004**, to file a response to the Court's amended order to show cause  This is the respondent's third motion for an enlargement of time.  At this time, the petitioner is appearing pro se in this matter and, therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1.    On April 16, 2004, I filed a post-trial brief on behalf of the respondent in the state habeas corpus proceeding of James Servello v. Warden, State Prison, Docket No. CV00-0804405, Superior Court in the judicial district of Tolland.  On April 20, 2004, I represented the respondent at oral argument before the Connecticut Supreme Court in three appeals.  Cox v. Commissioner of Correction, S.C. 17114; Harris v. Commissioner of Correction, S.C. 17078; and Hunter v. Commissioner of Correction, S.C. 17115.  On April 21, 22, and 29, 2004, I represented the respondent at the state habeas trial in the

matter of Martin Dickinson v. Garrell Mullaney, Docket No. CV01-0096308-S, Superior Court in the judicial district of Middlesex. On April 28, 2004, I filed a motion to disqualify the habeas judge in the matters of Melvin Jones v. Warden, State Prison, Docket Nos. CV01-0812441 and CV00-0804404, Superior Court in the judicial district of Hartford.

2.      On April 16, 2004, I mailed to the Court a motion to vacate the show cause order and transfer pursuant to 28 U.S.C. § 1404(a) and a supporting memorandum of law in Michael Dongarra v. Dora B. Schriro, et al., Case No. 3:03CV1945(RNC)(DFM), U.S. District Court, District of Connecticut.

3.      Today, I am filing the respondent's response to the Court's show cause order in the matter of Martyn Bruno v. Commissioner of Correction, Case No. 3:04CV101(RNC), U.S. District Court, District of Connecticut

4.      Due to these and other considerations, the respondent hereby moves this court for an enlargement of time, nunc pro tunc, to **May 7, 2004**, to file its response in the above-captioned matter.

Respectfully submitted,

RESPONDENT-COMMISSIONER OF CORRECTION

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
Fed. Bar. No. ct 15122

## CERTIFICATION

I hereby certify that a copy of this motion was mailed to Stanley Goodrum, Inmate No. 127765, Gates Correctional Institution, 131 N. Bridebrook Road, Niantic, Connecticut 06357, on May 7, 2004.

_____
JO ANNE SULIK
Assistant State's Attorney