UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2004 MAY 17  P 4: 56

U.S. DISTRICT COURT
HARTFORD, CT.

STANLEY GOODRUM

              PRISONER

v.            CASE NO.  3:02CV235(AWT)(DFM)

COMMISSIONER OF CORRECTION

RULING AND ORDER

Respondent's motion for extension of time, nunc pro tunc, until May 7, 2004, to file a response to the court's amended order to show cause [**doc. #47**] is **GRANTED**. The Clerk is directed to docket the attached response.

**SO ORDERED** at Hartford, Connecticut, this 17th of May, 2004.

DONNA F. MARTINEZ
UNITED STATES MAGISTRATE JUDGE