UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY GOODRUM,
  Petitioner

V.

COMMISSIONER OF CORRECTION,
  Respondent

PRISONER
CASE NO. 3:02CV235(AWT)(DFM)

NOTICE OF MANUAL FILING

FILED
2004 MAY 17  P 2:41
U.S. DISTRICT COURT
BRIDGEPORT, CONN

United States District Court
District of Connecticut
FILED AT BRIDGEPORT
5/17/04
Kevin F. Rowe, Clerk
By: _____

Please take notice that Respondent has manually filed the following documents:

All Appendices To Its Answer

These documents have not been filed electronically because

[X]  the document or thing cannot be converted to an electronic format
[ ]  the electronic file size of the document exceeds 1.5 megabytes
[ ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[ ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

RESPONDENT--COMMISSIONER OF CORRECTION

By: _____
JO ANNE SULIK
Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
E-mail: Joanne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122

## CERTIFICATION

I hereby certify that a copy of this document was mailed to Stanley Goodrum, Inmate No. 127765, Gates Correctional Institution, 131 N. Bridebrook Road, Niantic, Connecticut 06357, on May 7, 2004.

_____
JO ANNE SULIK
Assistant State's Attorney