UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


STANLEY GOODRUM

PRISONER
v.                                                                    CASE NO.  3:02cv235(AWT)

COMMISSIONER OF CORRECTION


J U D G M E N T


This cause came on for consideration on a second amended petition for a Writ of

Habeas Corpus before the Honorable Alvin W. Thompson, Senior United States District Judge.

The Court has considered the second amended petition and all the related papers.  On

May 12, 2006, the Court filed its Ruling on Second Amended Petition for Writ of Habeas Corpus

denying the second amended petition and determining that a certificate of appealability will not

issue.

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the

respondent and the case is closed.

Dated at Bridgeport, Connecticut this 12th of May, 2006.



KEVIN R. ROWE, Clerk

By   /s/ Mary E. Larsen_____
        Mary E. Larsen
        Deputy Clerk




Entered on the Docket _____